IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SHERMA RICHARDS, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>CITY OF NEW YORK,<br><br>　　　　　　　　Defendant. | 1:23-cv-10220 (JHR)<br><br>**MOTION FOR ADMISSION<br>PRO HAC VICE OF<br>MOLLY A. ELKIN** |

　　　Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Molly A. Elkin, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for All Plaintiffs, Sherma Richards, *et al.*, in the above-captioned action.

　　　I am in good standing of the bars of the District of Columbia, the Commonwealth of Virginia, and State of Maryland. There are no pending disciplinary proceedings against me in any state or federal court. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 1/11/2024

Respectfully Submitted,

Applicant Signature: *[signature: Molly A. Elkin]*

| | |
|---:|:---|
| Applicant's Name: | Molly A. Elkin |
| Firm Name: | McGillivary Steele Elkin, LLP |
| Address: | 1101 Vermont Ave, NW, #1000 |
| City/State/Zip: | Washington, D.C. 20005 |
| Telephone/Fax: | 202-833-8855 |
| Email: | mae@mselaborlaw.com |