IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHERMA RICHARDS, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) 1:23-cv-10220 (JHR) |
| v. | )<br>) **LOCAL CIVIL RULE 1.9** |
| CITY OF NEW YORK, | ) **DECLARATION** |
| Defendant. | )<br>)<br>) |

I, Molly A. Elkin, have never been convicted of a felony and have never been censured, suspended, disbarred or denied admission or readmission by any court. Lastly, there are no disciplinary proceedings presently against me.

Pursuant to Local Civil Rule 1.9, this declaration is submitted as an "acceptable substitute" to the affidavit required by Local Civil Rule 1.3(c). *See* Local Civil Rule 1.9, ("In situations in which any Local Rule provides for an affidavit or a verified statement, the following are acceptable substitutes: (a) a statement subscribed under penalty of perjury as prescribed in 28 U.S.C. § 1746; . . . .").

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 1/11/2024     Signature: _____

Molly A. Elkin
McGillivary Steele Elkin, LLP
1101 Vermont Avenue, NW
Suite 1000
Washington, DC, 20005

(202) 833-8855 (Main)
(202) 452-1090 (Fax)
mae@mselaborlaw.com