IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHERMA RICHARDS, *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>CITY OF NEW YORK,<br><br>                              Defendant. | Case No. 1:23-CV-10220 (JHR) |

### NOTICE OF FILING CONSENTS TO JOIN

The plaintiffs, by and through counsel, hereby file Consent to Sue forms on behalf of the following individuals:

1. PETER MORALES
   257-11 147TH AVENUE
   ROSEDALE, NY 11422
   QUEENS COUNTY

2. GOUSEPPE OPPEDISANO
   32 HASTINGS ROAD
   MASSAPEQUA, NY 11758
   NASSAU COUNTY

3. JONATHAN PANTOJA
   8610 151ST AVE APT 2C
   HOWARD BEACH, NY 11414
   QUEENS COUNTY

4. RODOLFO RAMIREZ
   19633 FOOTHILL AVENUE
   JAMAICA, NY 11423
   QUEENS COUNTY

5. DONOVON RICHARDSON
   6270 60TH RD
   MASPETH, NY 11378
   QUEENS COUNTY

6. ISRAEL ROSARIO
   89-18 RUTLEDGE AVENUE
   GLENDALE, NY 11385
   QUEENS COUNTY

7. CHRISTOPHER ROY
   119 CITY BLVD FL 2
   STATEN ISLAND, NY 10301
   RICHMOND COUNTY

8. SERGIO SALCEDO
   714 52ND ST
   BROOKLYN, NY 11220
   KINGS COUNTY

9. DANIEL SAVAGE
   8822 AUBREY AVE
   NEW YORK, NY 11435
   QUEENS COUNTY

10. VINCENZO SCOTTO D'ABUSCO
    143 NASHVILLE STREET
    STATEN ISLAND, NY 10307
    RICHMOND COUNTY

11. ALAN SEYMOUR
    333 LENOX
    HUNTINGTON STATION, NY 11746
    SUFFOLK COUNTY

12. SHAWN SIU CHOCK
    106-30 REMINGTON ST
    JAMAICA, NY 11435
    QUEENS COUNTY

13. EDWARD SOLOMON
    194 NORWOOD AVE
    PORT JEFFERSON STATION, NY 11776
    SUFFOLK COUNTY

14. KEITH STRANO
    6 SEACREST LANE
    STATEN ISLAND, NY 10307
    RICHMOND COUNTY

15. ADAM SUSSMAN
    6057 251ST STREET
    LITTLE NECK, NY 11362
    QUEENS COUNTY

16. PATRICK TRAINOR
    106-20 SHORE FRONT PARKWAY AP 5F
    ROCKAWAY PARK, NY 11694
    QUEENS COUNTY

17. CHARLES VAN ROSSEM
    99-01 164AVE
    HOWARD BEACH, NY 11414
    QUEENS COUNTY

18. ALFREDO VEGA
    75-36 BELL BLVD APT. 6D
    BAYSIDE, NY 11364
    QUEENS COUNTY

19. RAYMOND WATSON
    215-15 112TH AVENUE
    QUEENS VILLAGE, NY 11429
    QUEENS COUNTY

20. MARK WILLIAMS
    1674 MARTIN RD
    EAST MEADOW, NY 11554
    NASSAU COUNTY

21. DURRON WRIGHT
    1674 PERSHING ST.
    VALLEY STREAM, NY 11580
    NASSAU COUNTY

The Consent to Sue forms for all of the above-named opt-in Plaintiffs are attached hereto as Exhibit A.

Dated: February 23, 2024                    Respectfully submitted,

                                            /s/ Gregory K. McGillivary
                                            Gregory K. McGillivary
                                            Sarah M. Block
                                            Patrick Miller-Bartley
                                            McGILLIVARY STEELE ELKIN LLP

        1101 Vermont Ave., N.W.
        Suite 1000
        Washington, DC 20005
        Phone: (202) 833-8855
        gkm@mselaborlaw.com
        smb@mselaborlaw.com
        pmb@mselaborlaw.com

        <u>*/s/ Hope Pordy*</u>
        Hope Pordy
        Elizabeth Sprotzer
        SPIVAK LIPTON LLP
        1040 Avenue of the Americas, 20th Flr
        New York, NY  10018
        Phone: (212) 765 2100
        hpordy@spivaklipton.com
        esprotzer@spivaklipton.com

        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2024, a copy of the foregoing document and attachment were served on all counsel of record via the Court's CM/ECF system.

/s/ *Gregory K. McGillivary*
Gregory K. McGillivary
