**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHERMA RICHARDS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NEW YORK,<br><br>Defendant. | Case No. 1:23-CV-10220 (JHR) |

**NOTICE OF FILING CONSENTS TO JOIN**

The plaintiffs, by and through counsel, hereby file Consent to Sue forms on behalf of the following individuals:

1. STEVEN KING
   96-11 160 AVE HOWARD BEACH
   HOWARD BEACH, NY 11414
   QUEENS COUNTY

2. JONATHAN MENDEZ
   1387 JESUP AVE #35
   BRONX, NY 10452
   BRONX COUNTY

3. RYAN MORAN
   49 COLUMBINE LANE
   KINGS PARK, NY 11754
   SUFFOLK COUNTY

4. SEAN O'DRISCOLL
   21MANVILLE LN
   BREEZY POINT, NY 11697
   QUEENS COUNTY

5. MICHAEL ORTIZ
   116-33 145 ST
   QUEENS, NY 11436
   QUEENS COUNTY

6. THOMAS PALASCIANO
   518 DRUMGOOLE ROAD WEST
   STATEN ISLAND, NY 10312
   RICHMOND COUNTY

7. CHRISTOPHER PETRY
   7 CLEMATIS ROAD
   BREWSTER, NY 10509
   PUTNAM COUNTY

8. JOHN RAUH
   1509 15TH ROAD
   BAYSIDE, NY 11360
   QUEENS COUNTY

9. JOSE RETAMAR
   1563 METROPOLITAN AVENUE #6A
   BRONX, NY 10462
   BRONX COUNTY

10. JESSICA RIVERA
    15330 89TH AVE #929
    JAMAICA, NY 11432
    QUEENS COUNTY

11. GUSTAVO RUEDA
    880 PUTNAM AVE
    MERRICK, NY 11566
    NASSAU COUNTY

12. VITO SAVASTA
    847 HARBOR CIRCLE
    BALDWIN, NY 11510
    NASSAU COUNTY

13. JOSE SILVA
    10 LINTON COURT
    WEST BABYLON, NY 11704
    SUFFOLK COUNTY

14. MANDIP SINGH
    130 MERIDIAN RD
    LEVITTOWN, NY 11756
    NASSAU COUNTY

15. LAVERQUISTA STEELE
10710 SHOREFRONT PARKWAY APT6B
ROCKAWAY PARK, NY 11694
QUEENS COUNTY

16. STEPHEN TESORIERO
45-12 165ST
FLUSHING, NY 11358
QUEENS COUNTY

17. ALEXANDER WEEKES
840 COUNTY LINE RD
AMITYVILLE, NY 11701
SUFFOLK COUNTY

18. RAYMOND WILKINSON
463 HOYT AVE
STATEN ISLAND, NY 10301
RICHMOND COUNTY

19. PAUL YOHAY
176 MOUNTAINDALE ROAD
YONKERS, NY 10710
WESTCHESTER COUNTY

The Consent to Sue forms for all of the above-named opt-in Plaintiffs are attached hereto as Exhibit A.

Dated: March 1, 2024

Respectfully submitted,

*_/s/ Gregory K. McGillivary_*
Gregory K. McGillivary
Sarah M. Block
Patrick Miller-Bartley
McGILLIVARY STEELE ELKIN LLP
1101 Vermont Ave., N.W.
Suite 1000
Washington, DC 20005
Phone: (202) 833-8855
gkm@mselaborlaw.com
smb@mselaborlaw.com
pmb@mselaborlaw.com

*_/s/ Hope Pordy_*
Hope Pordy

Elizabeth Sprotzer
SPIVAK LIPTON LLP
1040 Avenue of the Americas, 20th Flr
New York, NY 10018
Phone: (212) 765 2100
hpordy@spivaklipton.com
esprotzer@spivaklipton.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2024, a copy of the foregoing document and attachment were served on all counsel of record via the Court's CM/ECF system.

/s/ *Gregory K. McGillivary*
Gregory K. McGillivary