IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHERMA RICHARDS, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>CITY OF NEW YORK,<br><br>        Defendant. | Case No. 1:23-CV-10220 (JHR) |

## NOTICE OF FILING CONSENTS TO JOIN

  The plaintiffs, by and through counsel, hereby file Consent to Sue forms on behalf of the following individuals:

1. THOMAS ESTRELLA
   1870 BYRD DRIVE
   EAST MEADOW, NY 11554
   NASSAU COUNTY

2. JOSHUA GOINS
   82 WOODLAND DR
   MASTIC BEACH , NY 11951
   SUFFOLK COUNTY

3. JULIO HIDALGO
   104 WARD STREET
   WESTBURY, NY 11590
   NASSAU COUNTY

4. CHRISTOPHER JONES-GRIFFITH
   11 CHANCE PLACE
   WEST BABYLON, NY 11704
   SUFFOLK COUNTY

5. JEFFREY MILLER
   91 33 71 ROAD FOREST HILLS
   FH, NY 11375
   QUEENS COUNTY

6. ROBERT PAPPAS
   3394 BERTHA DR
   BALDWIN, NY 11510
   NASSAU COUNTY

7. RORY PLEVA
   45-71 166TH STREET
   FLUSHING, NY 11358
   QUEENS COUNTY

8. GIOVANNY RAZZO
   54 SUNRISE
   LEVITTOWN, NY 11756
   NASSAU COUNTY

9. JOHN RUZICKA
   75-25 210ST
   OAKLAND GARDENS, NY 11364
   QUEENS COUNTY

10. KAMALI SALCEDO
    124 GALE PLACE APT 6C
    BRONX, NY 10463
    BRONX COUNTY

11. CHARLES WISEMAN
    23 WOODLAND PATH
    KINGS PARK, NY 11754
    SUFFOLK COUNTY

The Consent to Sue forms for all of the above-named opt-in Plaintiffs are attached hereto as Exhibit A.

Dated: April 17, 2024                    Respectfully submitted,

                                         */s/ Gregory K. McGillivary*
                                         Gregory K. McGillivary
                                         Sarah M. Block
                                         Patrick Miller-Bartley
                                         McGILLIVARY STEELE ELKIN LLP
                                         1101 Vermont Ave., N.W.
                                         Suite 1000
                                         Washington, DC 20005
                                         Phone: (202) 833-8855
                                         gkm@mselaborlaw.com

>smb@mselaborlaw.com
>pmb@mselaborlaw.com
>
>*/s/ Hope Pordy*
>Hope Pordy
>Elizabeth Sprotzer
>SPIVAK LIPTON LLP
>1040 Avenue of the Americas, 20th Flr
>New York, NY 10018
>Phone: (212) 765 2100
>hpordy@spivaklipton.com
>esprotzer@spivaklipton.com
>
>*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2024, a copy of the foregoing document and attachment were served on all counsel of record via the Court's CM/ECF system.

>*/s/ Gregory K. McGillivary*
>Gregory K. McGillivary

3