# EXHIBIT A

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Ryan_____Kenny_____RN_____

                Last Name                  First                 Middle

HOME ADDRESS ___2146 Ford street_____

         Brooklyn_____NY_____11229_____

            City             State       Zip Code

SIGNATURE
DocuSigned by:
_K. Ry_____
BDAEAF4D0D724FF...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SANITATION WORKER OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Salazar          Jonathan          James

            Last Name             First             Middle

HOME ADDRESS   6 Saint Nicholas Ave

            Brooklyn          NY          11237

            City          State          Zip Code

SIGNATURE    _DocuSigned by:_    B57252F3C570465...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SANITATION WORKER OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Shields                  Henry                  B

                   Last Name                  First                  Middle

HOME ADDRESS    760 Eldert Ln Apt 15 L

                  Brooklyn               NY           11208

                     City                  State        Zip Code

SIGNATURE    *DocuSigned by:*

              *Henry Shields*

              CE46112CC1C84EA...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SANITATION WORKER OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Singh                          Balram                          N/A
        Last Name                      First                          Middle


HOME ADDRESS    43-24 Smart _____

                FLUSHING              NY              11355
                City                  State           Zip Code

SIGNATURE    [DocuSigned by: Bl / 48930386C419415...] _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SANITATION WORKER OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME     Smolka              Daniel            Kevin

                     Last Name               First              Middle

HOME ADDRESS    199 Elizabeth St

                Staten Island        Ny        10310

                    City             State      Zip Code

SIGNATURE

DocuSigned by:
8C67CC7314F248C...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SANITATION WORKER OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Solomon                       Jermaine                       Arthur
            Last Name                       First                       Middle

HOME ADDRESS   314 Warren Street

      West Babylon          Ny          11704
        City          State          Zip Code

SIGNATURE
DocuSigned by:
*Jermaine Solomon*
A94580A3F4A54BE...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SANITATION WORKER OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____ Soto _____ James _____ Francis _____
　　　　　　　　Last Name　　　　　　　　　First　　　　　　　　　　　Middle

HOME ADDRESS __ 58 briarbrook dr _____

　　　　　 Briarcliff manor 　　　 Ny 　　　　　 10510 _____
　　　　　　　　City　　　　　　　　State　　　Zip Code

SIGNATURE _____ [DocuSigned by signature] 302F5BEFDECA4EA... _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SANITATION WORKER OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Stephens_____Earnest_____L_____
                    Last Name                              First                                  Middle

HOME ADDRESS ___1945 east 27th st_____

_____Brooklyn_____Ny_____11229_____
                    City                         State            Zip Code

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SANITATION WORKER OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Tasimowicz_____Jonathan_____Scott_____
                         Last Name                       First                     Middle

HOME ADDRESS ___2637 Haring St_____

___Brooklyn_____NY_____11235_____
               City               State       Zip Code

SIGNATURE

DocuSigned by:
50168C6786E74FC...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SANITATION WORKER OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  _Tizio-Goldstein_        _Scott_        _Aronleigh_
         Last Name                First              Middle

HOME ADDRESS  _2820 Ocean Parkway Apt. 5B_

_Brooklyn_        _NY_        _11235_
     City              State        Zip Code

SIGNATURE  _[DocuSigned by: signature, A9F7398C9F3A40B...]_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SANITATION WORKER OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME   Tolomello                              Christian                                None
_____
            Last Name                           First                                 Middle


HOME ADDRESS  255 st andrews rd
_____

            Staten Island              Ny              10306
_____
                City                   State          Zip Code

SIGNATURE   DocuSigned by:
            [signature]
            66A877E5A6AF4B6...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SANITATION WORKER OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Trice_____Eli_____Johnathan_____
                    Last Name                              First                              Middle

HOME ADDRESS __507 Bristol st_____

_____Brooklyn_____NY_____11212_____
                    City                         State            Zip Code

SIGNATURE
DocuSigned by:

5FA0596AB18A43F...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SANITATION WORKER OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Vazquez          Jorge          L

               Last Name          First          Middle

HOME ADDRESS    414 Wilson Ave

               Brooklyn          NY          11221

               City          State          Zip Code

SIGNATURE    [DocuSigned by: signature, DF20286785EC4BE...]

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SANITATION WORKER OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Velez_____Vicente_____D_____
                    Last Name                              First                                      Middle

HOME ADDRESS ___43 swing lane_____

_____Levittown_____Ny_____11756_____
                    City                          State            Zip Code

SIGNATURE [DocuSigned by: _signature_ AA5B6659E4D2408...] _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SANITATION WORKER OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Wallace            Christon            Chauncey

              Last Name             First              Middle

HOME ADDRESS   420 E 111th St, Apt 2201

             New York          NY          10029

              City             State         Zip Code

SIGNATURE

DocuSigned by:
27A34F58EF36484...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SANITATION WORKER OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Ware_____Bernard_____N/A_____
                       Last Name                 First               Middle

HOME ADDRESS ___146 54 Shore ave_____

___Jamaica_____NY_____11435_____
            City           State        Zip Code

SIGNATURE ___B. WARE_____
DocuSigned by:
B19EB19A79E0479...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SANITATION WORKER OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Winslow           Andrew           Robert

            Last Name           First           Middle

HOME ADDRESS   8 Alcott Street

            Staten Island           NY           10312

            City           State           Zip Code

SIGNATURE    DocuSigned by: [signature] 357EB137DC634B9...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SANITATION WORKER OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Wout_____Reginald_____S_____

           Last Name                First                Middle

HOME ADDRESS _728 East 46th Street_____

          Brooklyn_____NY_____11203_____

            City            State       Zip Code

SIGNATURE _____DocuSigned by:_____

              9D1C12F7011E4D9...