UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHERMA RICHARDS
WILLIS WYNNE
CHARLES AGNELLO
MICHAEL ARBOLEDA
THOMAS BRINSKELLE
ANTHONY BRUNETTI
IMMORSH BURTON
MICHAEL CASSANO
STEVEN CONIGLIARO
RUSSEL COOK
REINALDO CORREA
THOMAS CRISCI
KERRY ELMORE
KEVIN
JANICEK
LANCE KAPLAN
JONATHAN LAM
FRANCIS LEARY
WOODLEY LOISEAU
PETER LOMBARDI
MANNY MAGNICCARI
JASON MATTHIAS
TAKASTA MILTON
GREGORY MUTHU
NEVILLE NESTER
JACQUELINE PAYEA
FRANK PEPERONE
BARRY QUINN, ET AL.

                              Plaintiffs,

      -against-

CITY OF NEW YORK,

                              Defendant.

Index No. 23-cv-10220-JHR

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

      PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendant City of New York in the above-captioned case and requests that copies of any and all papers served and notices given in the case be served upon the undersigned counsel.

|  |  |
|---|---|
| Dated: August 7, 2024<br>        New York, New York | JACKSON LEWIS P.C.<br><br>666 Third Avenue, 28th Floor<br>New York, NY 10017<br>T: (212) 545-4000<br>Adam.Gross@jacksonlewis.com<br><br>By:    *s/*Adam S. Gross<br>        Adam S. Gross |

- 2 -