## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHERMA RICHARDS, *et al.*, <br><br>             Plaintiffs, <br><br> v. <br><br> CITY OF NEW YORK, <br><br>             Defendant. | Case No. 1:23-CV-10220 (JHR) |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

This case having come before the Court upon the joint request of Plaintiffs and Defendant, the Court having been advised of and considered the Settlement Agreement dated January 17, 2025, entered into by and among Plaintiffs and Defendant that has resulted from arm's length settlement negotiations, and upon the joint application of Plaintiffs and Defendant, by their Attorneys, seeking review and approval by the Court thereof, and based on the entire record, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1.       The Court approves and adopts the terms of the Settlement Agreement entered into between the Parties to the above captioned case. Recognizing that there has been, and there is, no admission of liability by Defendant, the Settlement Agreement reflects a fair, reasonable, and appropriate resolution of a *bona fide* dispute deemed in the best interest of the Parties and is in accordance with applicable law.

2.       Consistent with the Settlement Agreement, this action is hereby dismissed with prejudice. The Court will retain jurisdiction over the Parties to the Agreement for the purpose of interpretation and compliance with the Agreement and Agreed Order of Dismissal with Prejudice.

The Clerk of Court is directed to close this case.

SO ORDERED:

_____ May 8, 2025

Jennifer H. Rearden
United States District Judge

2